IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTHONY CASAMASSIMA,  )
    Plaintiff, Pro se  )
      )
vs.  )    CIVIL NO. 4:17-cv-00163-SA-RP
      )
NANCY A. BERRYHILL,  )
Acting Commissioner of  )
Social Security,  )
    Defendant.  )

## ORDER

On this date came for consideration Defendant's Motion to Remand pursuant to sentence six of the Social Security Act, 42 U.S.C. § 405(g) filed by the Acting Commissioner of Social Security, Defendant herein, and the Court being advised in the premises is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence six of sections 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED: January 29, 2018.

        /s/ Sharion Aycock
        UNITED STATES DISTRICT JUDGE